UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Alan F. Beane, et al.

        v.                          Case No. 06-cv-446-SM

Glenn L. Beane, et al.


ORDER

        Re: Document No. 8, Motion to Compel Production of Documents
from Plaintiffs' Counsel

        Ruling: Denied. The motion violates LR 7.1(a)(2), LR 37.1(a),
Fed. R. Civ. P. 26(d) and 37(a)(2)(B). Plaintiff is awarded its
reasonable attorneys fees and costs to be paid by defense counsel.
If there is a disagreement about the amount of fees, notify the
clerk within 10 days and we will have a hearing. Otherwise they are
to be paid within 10 days.  The motion to compel tax filings
(document no. 9) is denied as premature.


                                /s/ James R. Muirhead
                                James R. Muirhead
                                U.S. Magistrate Judge

Date: March 6, 2007

cc: Michael J. Persson, Esq.
    W.E. Whittington, Esq.