**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Alan F. Beane
MII Technologies, LLC

    v.                                                              Civil No. 06-cv-446-SM

Glenn L. Beane

### O R D E R

The plaintiffs have filed a Motion for Reconsideration (Document no. 61) regarding the Court's order of October 18, 2007 in which defendant's petition to attach was granted in part and denied in part.  The Motion for Reconsideration is denied.  The documents at issue were not authenticated, were not admissible and appear to be self-serving and unreliable.  This court had the right to apply the rules of evidence, to deny proffers and did so.  The motion is also tardy.

    **SO ORDERED.**

                                                      _____
                                                      James R. Muirhead
                                                      United States Magistrate Judge

Date: November 26, 2007

cc:  Michael J. Persson, Esq.
     William S. Gannon, Esq.
     W.E. Whittington